UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

OTIS LEE CHERRY,  )
        Plaintiff,  )
          )  **JUDGMENT IN A CIVIL CASE**
    v.  )
          )  **CASE NO. 7:15-CV-105-D**
CAROLYN W. COLVIN, Acting Commissioner  )
of Social Security,  )
        Defendant.  )

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 34]. Plaintiff's motion for judgment on the pleadings [D.E. 26] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 31] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on May 12, 2016, and Copies To:**

| | |
|---|---|
| Jonathan Blair Biser | (via CM/ECF Notice of Electronic Filing) |
| Mark J. Goldenberg | (via CM/ECF Notice of Electronic Filing) |

DATE:                                JULIE RICHARDS JOHNSTON, CLERK

May 12, 2016                  (By) /s/ Nicole Briggeman
                                         Deputy Clerk