IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CV-00105-D

| | |
|---|---|
| OTIS LEE CHERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

It is ORDERED that Defendant, subject to any applicable Treasury offset, pay to Plaintiff the sum of $1,744.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

SO ORDERED. This **30** day of August 2016.

JAMES C. DEVER III
Chief United States District Judge