| | |
|---|---|
| OTIS LEE CHERRY,       )<br>           Plaintiff,     )<br>                               )<br>    v.                         )<br>                               )<br>CAROLYN W. COLVIN, Acting Commissioner  )<br>of Social Security,            )<br>           Defendant.   ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:15-CV-105-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant, subject to any applicable Treasury offset, pay to Plaintiff the sum of $1,744.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on August 30, 2016, and Copies To:**

| | |
|---|---|
| | (via CM/ECF Notice of Electronic Filing) |
| Jonathan Blair Biser | |
| Mark J. Goldernberg | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE:<br>August 30, 2016 | JULIE RICHARDS JOHNSTON, CLERK<br>(By)  /s/ Nicole Briggeman<br> Deputy Clerk |